IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO | § | |
| | § | |
| VS. | § | ACTION No. 4:23-CV-556-Y |
| | § | |
| DONALD J. TRUMP, et al. | § | |

**ORDER DENYING MOTION TO OBTAIN ELECTRONIC CASE FILING RIGHTS**

    Before the Court is a motion to obtain electronic case filing rights (doc. 5) filed by pro-se plaintiff John Anthony Castro. Seeing that an order of the Court is unnecessary to obtain e-filing rights, the Court concludes that the motion should be, and it is hereby, **DENIED**. If Castro wishes to register for electronic filing, then he should submit an ECF registration request via PACER through the Court's website.[1]

    SIGNED July 7, 2023.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] At www.txnd.uscourts.gov under Attorneys/Bar Membership/E-File Registration.