AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-CV-556-Y

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DONALD J. TRUMP

was received by me on *(date)* 08/04/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I personally mailed the summons and a copy of the complaint to Defendant Donald J. Trump's personal residence at 1100 South Ocean Boulevard, Palm Beach, FL 33480, via Certified Mail Return Receipt Requested (CMRRR) on this 4th day of August 2023.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 08/04/2023

*Server's signature*

Alexander Dominic Gomez
*Printed name and title*

1000 Henderson Street
Apartment 312
Fort Worth, TX 76102
*Server's address*

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Palm Beach, FL 33480

Certified Mail Fee: $4.35
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $____
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $____
Postage: $3.99
Total Postage and Fees: $11.89

Postmark: AUG -4 2023   08/04/2023

Sent To: Donald J Trump
Street and Apt. No., or PO Box No.: 1100 S. Ocean Blvd
City, State, ZIP+4®: Palm Beach, FL 33480

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 2290 0001 2276 5552