IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO | § | |
| | § | |
| VS. | § | ACTION No. 4:23-CV-556-Y |
| | § | |
| DONALD J. TRUMP, et al. | § | |

## ORDER GRANTING MOTION TO EXCEED PAGE LIMIT

Before the Court is an unopposed motion to for leave to file a consolidated motion to dismiss exceeding the Court's page limit filed by defendants Rettig, Lopez, Ma, Craig-Pena, Pukhalenko, Wells, and Turnicky (doc. 31.). Having considered the motion and applicable law, the Court **GRANTS** the motion. Defendants may file a consolidated motion to dismiss **not to exceed sixty (60) pages.**

SIGNED November 9, 2023.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE