IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CV-556-Y |
| | § | |
| DONALD J. TRUMP, ET AL. | § | |

**FINAL JUDGMENT**

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Court's order dismissing this case, dated this same day, this case is **DIMISSED with prejudice.**

The clerk shall transmit a true copy of this judgment to the parties.

SIGNED March 19, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE